

U.S. Department of Justice

United States Attorney
Southern District of New York

**MEMO ENDORSED**

United States Attorney's Office
50 Main Street, Suite 1100
White Plains, New York 10606

December 14, 2023

**BY EMAIL**
The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Derica Collins*, No. 23 Mag. 7356

Dear Judge McCarthy:

The Government writes respectfully to request that the Court unseal the Complaint, 23 Mag. 7356, and related arrest warrant in the above-referenced case.

The defendant was arrested yesterday and presented before a magistrate judge in the Middle District of Florida pursuant to Rule 5(c)(3) of the Federal Rules of Criminal Procedure. The court in the Middle District of Florida appointed Adam Allen, Esq., of the Office of the Federal Defender for the Middle District of Florida to serve as defense counsel, conducted a preliminary hearing pursuant to Rule 5.1 of Federal Rules of Criminal Procedure, and found probable cause to believe the offense charged in 23 Mag. 7356 had been committed by the defendant. The court released the defendant on certain bail conditions.

The Government will contact the chambers of the magistrate judge in the Southern District of New York who is on duty during the first week of January 2024 to schedule an initial appearance and appointment of counsel for the defendant in this District.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/
Ryan W. Allison
Assistant United States Attorney
Southern District of New York
(914) 993-1953

APPLICATION GRANTED

Hon. Victoria Reznik, U.S.M.J.
Dated: 1/11/2024

CC: Adam Allen, Esq. (by Email)